CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JAN 21 2010

JOHN F. CORCORAN, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FRED LEWIS WILSON, | ) |
| | ) |
| Plaintiff, | ) Case No. 7:08CV00638 |
| | ) |
| v. | ) |
| | ) **ORDER** |
| | ) |
| SGT. B. COLLINS, ET AL., | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion for interlocutory injunctive relief (Dkt. No. 75) is **DENIED**.

ENTER: This 21st day of January, 2010.

_____
United States District Judge